UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

JAN 2 9 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | |
| ) | |
| ANTONIO WASHINGTON, ) | |
| ) | |
| Defendants. ) | **4:15CR00039 RLW/TCM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 11, 2014, in the City of Saint Louis, within the Eastern District of Missouri,

**ANTONIO WASHINGTON,**

the Defendant herein, did possess the following firearms in furtherance of the drug trafficking crime of possession with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance drug, to wit:

(1) Kriss USA make, Vector CRB model, .45 auto caliber semi-automatic rifle bearing serial number 45C008639;

(2) DPMS Panther Arms make, A-150 model, 7.62 x 39mm caliber semi-automatic rifle bearing serial number F135696;

(3) Mossberg make, 500 model, 12 gauge pump-action shotgun bearing serial number T913117;

(4) Spikes Tactical make, ST-15 model, .223 Remington caliber semi-automatic rifle bearing serial number LE-0001075;

(5) Buschmaster make, XM-15-E2S model, .223 Remington caliber semi-automatic rifle bearing serial number BFIT001398;

(6) Smith and Wesson make, SD40VE model, .40 S&W caliber semi-automatic pistol bearing serial number HES9676;

(7) Smith and Wesson make, 6906 model, nine millimeter Luger caliber semi-automatic pistol bearing serial number TCA9003;

(8) Smith and Wesson make, 6906 model, nine millimeter Luger caliber semi-automatic pistol bearing serial number VCE8839;

(9) Glock make, 27 model, .40 S&W caliber semi-automatic pistol bearing serial number MDV919;

(10) Cobra Enterprises make, CB9 model, nine millimeter Luger caliber Derringer bearing serial number CT062246;

(11) Taurus make, PT-22 model, .22 Long Rifle caliber semi-automatic pistol bearing serial number Y101389;

(12) Produkt Karlovac make, XD-40 model, .40 S&W caliber semi-automatic pistol bearing serial number US423566.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney