UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15CR0039 RLW/TCM |
| ANTONIO WASHINGTON, | ) ) ) |
| Defendant. | ) |

**MOTION FOR ADDITIONAL TIME TO OBTAIN AND REVIEW DISCOVERY MATERIALS AND TO DETERMINE WHETHER, AND/OR WHAT PRETRIAL MOTIONS ARE TO BE FILED**

Comes now Defendant, by and through undersigned counsel, and requests additional days in which to obtain and review discovery and to determine whether, and/or what, pretrial motions ought to be filed on behalf of Defendant. Counsel states that to deny Defendant's request for such time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice are served by granting Defendant's request.

_____
Attorney for Defendant

Dated this 4 day of February, 2015.