UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:15-cr-39 RLW (TCM) |
| | ) |
| ANTONIO WASHINGTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW

COME NOW N. Scott Rosenblum, Adam D. Fein and Marc M. Johnson, retained counsel for Defendant, and hereby request this Court grant this motion to withdraw as counsel for Defendant. In support of this motion, counsel state as follows:

1. Counsel herein were retained by Defendant in the above styled cause.

2. Counsel were informed by Defendant that he wished to retain alternate counsel.

3. Carter Law entered her appearance, on behalf of Defendant, with this Court on April 3, 2015.

WHEREFORE, counsel respectfully request this Honorable Court grant this motion to withdraw as counsel for Defendant.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Marc Johnson
MARC JOHNSON, #58065 MO

1

Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 7, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Thomas Rea, Assistant United States Attorney.