IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:15CR00039 RLW |
| | ) | |
| ANTONIO WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER RELEASING COPY OF SEALED DOCUMENTS TO DEFENDANT'S COUNSEL

COMES NOW defendant ANTONIO WASHINGTON, by and through counsel, and hereby respectfully moves this Honorable Court to issue its order whereby the Clerk's Office forward to the undersigned, as Mr. Washington's retained counsel herein, copies of the following documents docketed in the instant matter:  Sealed Letters [doc.21, 22, and 25]. Counsel requires copies of the above-requested documents in order to assist with Mr. Washington's representation in this case, but cannot obtain them electronically because they are sealed.  Mr. Washington would request that, for all other purposes, the requested documents remain sealed.

Respectfully submitted,

LAW & SCHRIENER, LLC

By:  */s/ Carter Collins Law*
CARTER COLLINS LAW 111108
Attorney for defendant Antonio Washington
141 North Meramec Avenue, Suite 314
Clayton, Missouri 63105
(314) 721-7095 – telephone
(314) 863-7096 – facsimile

(314) 707-7095 – mobile
ccledmo@schrienerlaw.com – e-mail

## CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing Motion for Order Releasing Copy of Sealed Documents to Defendant's Counsel electronically with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney Thomas Rea, this 5th day of May, 2015.

    */s/ Carter Collins Law*
    CARTER COLLINS LAW